No. 95–1898. Shong-Ching Tong *v.* Turner et al. C. A. 9th Cir. Certiorari denied. ▮

No. 95–1901. Horton *v.* California. Sup. Ct. Cal. Certiorari denied. ▮

No. 95–1902. Upjohn Co. *v.* Scovish, Administratrix of the Estate of Scovish, Deceased. App. Ct. Conn. Certiorari denied.

No. 95–1904. Botello Cervantes *v.* White, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 95–1908. Teleconcepts, Inc. *v.* MCI Telecommunications Corp. et al. C. A. 3d Cir. Certiorari denied. ▮

No. 95–1911. Vega *v.* Rexene Corp. C. A. 5th Cir. Certiorari denied. ▮

No. 95–1912. Matyastik *v.* Texas. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 95–1914. Narducci et al. *v.* Pennsylvania. Super. Ct. Pa. Certiorari denied. ▮

No. 95–1915. Schulze *v.* Commodity Futures Trading Commission. C. A. 9th Cir. Certiorari denied. ▮

No. 95–1916. Moore et al. *v.* Pennsylvania Department of Environmental Resources. Commw. Ct. Pa. Certiorari denied. ▮

No. 95–1917. Randell *v.* United States. C. A. 2d Cir. Certiorari denied. ▮

No. 95–1920. Binderup et al. *v.* Brooks et al. Ct. App. Cal., 3d App. Dist. Certiorari denied. ▮

No. 95–1922. Ricketts *v.* City of Hartford et al. C. A. 2d Cir. Certiorari denied. ▮